NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**IN RE: PERSONALWEB TECHNOLOGIES LLC, BRILLIANT DIGITAL ENTERTAINMENT, INC., EUROPLAY CAPITAL ADVISORS, LLC, CLARIA INNOVATIONS, LLC, MONTO HOLDINGS PTY LTD.,**
*Movants-Appellants*

-------------------------------------------------

**AMAZON.COM, INC., AMAZON WEB SERVICES, INC.,**
*Plaintiffs-Appellees*

**v.**

**PERSONALWEB TECHNOLOGIES LLC, LEVEL 3 COMMUNICATIONS, LLC,**
*Defendants*

-------------------------------------------------

**PERSONALWEB TECHNOLOGIES LLC, LEVEL 3 COMMUNICATIONS, LLC,**
*Plaintiffs*

**v.**

**TWITCH INTERACTIVE, INC.,**
*Defendant-Appellee*

———————————————

2023-2181

———————————————

2          IN RE: PERSONALWEB TECHNOLOGIES LLC

Appeal from the United States District Court for the Northern District of California in Nos. 5:18-cv-00767-BLF, 5:18-cv-05619-BLF, 5:18-md-02834-BLF, Judge Beth Labson Freeman.

———————————

## ON MOTION

———————————

PER CURIAM.

## O R D E R

Europlay Capital Advisors, LLC, Claria Innovations, LLC, Monto Holdings Pty Ltd. and Brilliant Digital Entertainment, Inc. move to dismiss the above-captioned appeal pursuant to FRAP 42(b).

Amazon Web Services, Inc., Amazon.com, Inc. and Twitch Interactive, Inc. responds.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the above-captioned appeal is dismissed with no costs.

FOR THE COURT

February 8, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 8, 2024